TIMOTHY M. BECHTOLD
Rossbach, Hart, Bechtold, PC
401 N. Washington
P.O. Box 8988
Missoula, Montana 59807
tel: (406) 543-5156; fax: (406) 728-8878
tim@rossbachlaw.com

Donald B. Mooney (SBN 153721)
Law Office of Donald B. Mooney
129 C Street, Suite 2
Davis, California 95616
tel: (530) 758-2377; fax: (530) 758-7169
dmooney@dcn.org

Attorneys for Plaintiff Forest Service
Employees for Environmental Ethics

Additional Attorneys On Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | CIVIL NO. 05-02220 SI |
| ENVIRONMENTAL PROTECTION AND INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | CIVIL NO. 05-02227 SI <br> (RELATED CASE) <br><br> **STIPULATION AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | SHARON E. DUGGAN (CSB 105108) |
|   | Law Offices of Sharon E. Duggan |
| 2 | 2070 Allston Way, Suite 300 |
|   | Berkeley, CA 94704 |
| 3 | tel: (510) 271-0825; fax: (510) 271-0829 |
|   | foxsduggan@aol.com |
| 4 | |
|   | ERIN MADDEN (OSB 4468) |
| 5 | Attorney at Law |
|   | 917 SW Oak Street, Suite 914 |
| 6 | Portland, Oregon 97205 |
|   | tel: (503) 796-7811; fax: 296-2973 |
| 7 | erin@kswild.org |
| 8 | Attorneys for Plaintiffs Environmental |
|   | Protection and Information Center et al. |
| 9 | |
|   | KEVIN V. RYAN (SBN 118321) |
| 10 | United States Attorney |
|    | JOANN M. SWANSON (SBN 88143) |
| 11 | Chief, Civil Division |
|    | JAMES A. CODA (SBN 1012669 (WI)) |
| 12 | Assistant United States Attorney |
|    | Environment & Natural Resources Unit |
| 13 | |
|    |   450 Golden Gate Avenue, Box 36055 |
| 14 |   San Francisco, California 94102 |
|    |   Telephone No: (415) 436-6967 |
| 15 |   Facsimile No:  (415) 436-6748 |
| 16 | Attorneys for Defendant |

STIPULATION AND [PROPOSED] ORDER ; CIVIL NOS. 05-02220 SI & 05-02227 SI                    2

The parties hereby stipulate that Defendant does not have to file answers in these cases until after the Case Management Conference.

                                              Respectfully submitted,

Date: 8/4/05                              s/Timothy M. Bechtold
                                         TIMOTHY M. BECHTOLD

Of Attorneys for Plaintiff Forest Service Employees for Environmental Ethics

Date: 8/4/05                              s/Sharon E. Duggan
                                         SHARON E. DUGGAN

Of Attorneys for Plaintiffs Environmental Protection Information Center, et al.

                                         KEVIN V. RYAN
                                         United States Attorney

Dated: 8/4/05                         s/James A. Coda
                                         JAMES A. CODA
                                         Assistant United States Attorney

                                         Attorneys for Defendant

Defendant's counsel attests that the wording of this document is acceptable to Plaintiffs' counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

**GRANTED**
/s/ Susan Illston
Judge Susan Illston