TIMOTHY M. BECHTOLD
Rossbach, Hart, Bechtold, PC
401 N. Washington
P.O. Box 8988
Missoula, Montana 59807
tel: (406) 543-5156; fax: (406) 728-8878
tim@rossbachlaw.com

Donald B. Mooney (SBN 153721)
Law Office of Donald B. Mooney
129 C Street, Suite 2
Davis, California 95616
tel: (530) 758-2377; fax: (530) 758-7169
dmooney@dcn.org

Attorneys for Plaintiff Forest Service
Employees for Environmental Ethics

Additional Attorneys On Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, et al., ) | CIVIL NO. 05-02220 SI |
| Plaintiffs, ) | |
| v. ) | |
| UNITED STATES FOREST SERVICE, ) | |
| Defendant. ) | |
| ENVIRONMENTAL PROTECTION AND INFORMATION CENTER, et al., ) | CIVIL NO. 05-02227 SI (RELATED CASE) |
| Plaintiffs, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER** |
| UNITED STATES FOREST SERVICE, ) | |
| Defendant. ) | |

SHARON E. DUGGAN (CSB 105108)
Law Offices of Sharon E. Duggan
2070 Allston Way, Suite 300
Berkeley, CA 94704
tel: (510) 271-0825; fax: (510) 271-0829
foxsduggan@aol.com

ERIN MADDEN (OSB 4468)
Attorney at Law
917 SW Oak Street, Suite 914
Portland, Oregon 97205
tel: (503) 796-7811; fax: 296-2973
erin@kswild.org

Attorneys for Plaintiffs Environmental
Protection and Information Center et al.

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 436-6967
Facsimile No: (415) 436-6748

Attorneys for Defendant

The parties hereby stipulate that all matters are taken off calendar in these cases except the Case Management Conference on October 14, 2005, (and the related Case Management Statement due on October 7, 2005).

Respectfully submitted,

Date: 9/9/05                                         s/Timothy M. Bechtold
                                                     TIMOTHY M. BECHTOLD

Of Attorneys for Plaintiff Forest Service Employees for Environmental Ethics

Date: 9/9/05                                         s/Sharon E. Duggan
                                                      SHARON E. DUGGAN

Of Attorneys for Plaintiffs Environmental Protection Information Center, et al.

KEVIN V. RYAN
United States Attorney

Dated: 9/9/05                                     s/James A. Coda
                                                      JAMES A. CODA
Assistant United States Attorney

Attorneys for Defendant

Defendant's counsel attests that the wording of this document is acceptable to Plaintiffs' counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

GRANTED

Judge Susan Illston