SHARON E. DUGGAN (CSB 105108)
Law Offices of Sharon E. Duggan
2070 Allston Way, Suite 300
Berkeley, CA 94704
tel: (510) 647-1904; fax: (510) 647-1905
foxsduggan@aol.com

ERIN MADDEN (OSB 4468)
Attorney at Law
917 SW Oak Street, Suite 914
Portland, Oregon 97205
tel: (503) 796-7811; fax: 296-2973
erin@kswild.org

Attorneys for Plaintiffs

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone No: (415) 436-6967
  Facsimile No: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION AND INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | CIVIL NO. 05-02227 SI <br><br> **STIPULATION AND [PROPOSED] ORDER** |

WHEREAS Plaintiffs have filed a motion for attorneys' fees and costs;

WHEREAS Defendant has filed its opposition to the motion; and

WHEREAS the parties would like to try to reach a settlement as to fees and costs;

NOW THEREFORE, the parties hereby stipulate as follows:

1. In order to provide an opportunity to try to settle, the hearing on Plaintiffs' motion is rescheduled for September 22, 2006. Plaintiffs' reply brief will be filed September 8, 2006.

2. While the parties will try to settle the matter between themselves, they believe a settlement conference with a Magistrate Judge would be very helpful and they request the Court to refer them to Magistrate Judge Spero.

3. The Court should enter final judgment in this case.

                                      Respectfully submitted,

Date: 6/8/06                               s/Sharon E. Duggan
                                          SHARON E. DUGGAN

                                          Of Attorneys for Plaintiffs

                                          KEVIN V. RYAN
                                          United States Attorney

Date: 6/8/06                               s/James A. Coda
                                          JAMES A. CODA
                                          Assistant United States Attorney

                                          Attorneys for Defendant

Defendant's counsel attests that the wording of this document is acceptable to Plaintiffs' counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____                               /s/ Susan Illston
                                          SUSAN ILLSTON
                                          United States District Judge