SHARON E. DUGGAN (CSB 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94610
Berkeley, CA 94704
tel: (510) 271-0825; fax: (510) 271-0829
foxsduggan@aol.com

ERIN MADDEN (OSB 4468)
Attorney at Law
917 SW Oak Street, Suite 914
Portland, Oregon 97205
tel: (503) 796-7811; fax: (503) 296-2973
erin@kswild.org

Attorneys for Plaintiffs

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone No: (415) 436-6967
  Facsimile No: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION AND INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | CIVIL NO. 05-02227 SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND COSTS** |

Plaintiffs, Environmental Protection and Information Center, et al., and Defendant, United States Forest Service, hereby stipulate as follows:

1. On June 22, 2006, before the Honorable Magistrate Judge Joseph C. Spero, the parties reached a conditional or tentative settlement agreement of Plaintiffs' Motion for Attorneys' Fees and Costs. The tentative agreement was placed on the record. The settlement was conditional or tentative in that it was subject to approval by the U.S. Department of Justice.

2. Under the terms of the tentative settlement agreement Defendant agrees to pay, and Plaintiffs agree to accept, the sum of thirty thousand dollars ($30,000) in full settlement of Plaintiffs' claim for attorneys' fees, expenses, and costs in this case. Defendant agrees to make a good faith effort to make payment within 60 days of the June 22, 2006, tentative settlement agreement. The check shall be made payable to the Law Offices of Sharon E. Duggan and sent to 370 Grand Avenue, Oakland, California 94610, as directed by Plaintiffs as part of the tentative settlement agreement placed on the record in Magistrate Judge Spero's Courtroom on June 22, 2006. If payment is not made within 60 days Defendant shall appear before Magistrate Judge Spero to explain the delay.

3. The U.S. Department of Justice has approved the settlement agreement.

4. Having reached a settlement, Plaintiffs' motion for fees and costs is withdrawn.

Respectfully submitted,

Date: 6/29/06   s/Sharon E. Duggan
SHARON E. DUGGAN

Of Attorneys for Plaintiffs

KEVIN V. RYAN
United States Attorney

Date: 6/29/06   s/James A. Coda
JAMES A. CODA
Assistant United States Attorney

Attorneys for Defendant

Defendant's counsel attests that the wording of this document is acceptable to Plaintiffs' counsel.

STIPULATION AND [PROPOSED] ORDER RE FEES AND COSTS; CIVIL NO. 05-02227 SI     2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE FEES AND COSTS; CIVIL NO. 05-02227 SI                 3